# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RICHARD WAGNER, Individually** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action File No:** |
| ) | **4:20-cv-00243-JPB** |
| **DIVIA CORPORATION, a Georgia** ) | |
| **Corporation; TRIPLE P PROPERTIES,** ) | |
| **LLC, A Limited Liability Company** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Triple P Properties, LLC and Divia Corporation, with the consent of Plaintiff Richard Wagner, and hereby notifies the Court that this case has been resolved between the parties. The parties are in the process of preparing a settlement agreement and will file a dismissal of the civil action after the settlement agreement has been executed by all parties.

Consented to and submitted this 23rd day of February, 2021.

| | |
|---|---|
| */s/ Lawrence A. Fuller* | */s/ Bradley T. Adler* |
| Lawrence A. Fuller | Bradley T. Adler |
| *Admitted Pro Hac Vice* | Georgia Bar No. 005525 |
| 12000 Biscayne Boulevard, Suite 502 | 100 Galleria Parkway |
| North Miami, FL 33181 | Suite 1600 |
| (T) (305) 891-5199 | Atlanta, GA 30339-5948 |
| (F) (305) 893-9505 | (T) (770) 818-0000 |
| (E) lfuller@fullerfuller.com | (F) (770) 937-9960 |

/s/ *Jon David W. Huffman*  (E) badler@fmglaw.com
Jon David W. Huffman
GA Bar No. 937966  *Counsel for Defendants*
Poole Huffman, LLC
Building J; Suite 200
3562 Habersham at Northlake
Tucker, GA  30084
(404) 373-4008
(488) 709-5723 - facsimile
jondavid@poolehuffman.com

*Counsel for Plaintiff*
*Richard Wagner*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), by his signature above, Bradley Adler certifies that the within and foregoing **JOINT NOTICE OF SETTLEMENT** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RICHARD WAGNER, Individually** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action File No:** |
| ) | **4:20-cv-00243-JPB** |
| **DIVIA CORPORATION, a Georgia** ) | |
| **Corporation; TRIPLE P PROPERTIES,** ) | |
| **LLC, A Limited Liability Company** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **JOINT NOTICE OF SETTLEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Lawrence A. Fuller
*Admitted Pro Hac Vice*
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
lfuller@fullerfuller.com

Jon David W. Huffman
Poole Huffman, LLC
Building J; Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
jondavid@poolehuffman.com

Dated this 23rd day of February, 2021.

      */s/ Bradley T. Adler*
Bradley T. Adler
Georgia Bar No. 005525
*Counsel for Defendants*