UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RICHARD WAGNER, Individually,<br>Plaintiff,<br><br>vs.<br><br>DIVIA CORPORATION., a Georgia Corporation; TRIPLE P PROPERTIES, LLC, a Limited Liability Company<br>Defendant.<br>_____ | :<br>:<br>:<br>:<br>:  Case No.: 4:20-cv-00243-JPB<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff and the Defendants herein, and hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 11th day of March, 2021.

WE CONSENT AND SO STIPULATE:

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
laf@fullerfuller.com

Jon David W. Huffman, Esq.
GA Bar No. 937966
Poole Huffman, LLC
Building J; Suite 200
3562 Habersham at Northlake
Tucker, GA 30084
Telephone: (404) 373-4008
jondavid@poolehuffman.com

/s/ Bradley T. Adler
Bradley T. Adler, Esq.
GA Bar No. 005525
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
Telephone: (770) 818-0000
badler@fmglaw.com
*Attorney for Defendant*